FILED
IN COURT
STATESVILLE, N. C.

DEC 13 2011

U. S. DISTRICT COURT
W. DIST. OF N. C.

**North Carolina Western**
**MEMORANDUM**

**Date:** December 1, 2011

**To:** Honorable Richard L. Voorhees
U. S. District Court Judge

**From:** Bonney Price
U. S. Probation Officer

**Subject:** Dario DeJesus Perez
Docket No: 5:98CR65-2-V
**Out-of-Country Travel Request**

---

Dario DeJesus Perez appeared before you Honor on 10/23/1999 for the offense of Conspiracy to Possess with Intent to Distribute Quantities of Cocaine and Cocaine Base, a Schedule II Controlled Substance, and Conspiracy to Commit Money Laundering. At that time he was sentenced to 135 months imprisonment on Count 1, and 135 months on Count 8, to run concurrently with a five-year term of supervised release on Count 1, and a three year term of supervised release on Count 8, to run concurrently. Supervised release began on 02/1/2008. Special conditions of supervision include: (1) $200.00 assessment, ($100 per count) (paid).

Mr. Perez has submitted a request to travel to Colombia, South America to visit his family from 12/14/2011-12/31/2011. Travel arrangements are for him to fly via American Airlines from Charlotte, NC. He will be staying with family there.

Mr. Perez has maintained a stable residence and employment since he has been under supervision. There have been no incidents of noncompliance.

It is recommended that Mr. Perez be allowed to travel to South America as long as he remains in compliance with the terms and conditions of supervision.

**Dario DeJesus Perez**
**Docket No. 5:98CR65-2-V**

Thank you for your attention to this matter, and should Your Honor have any questions, please contact my office at (704) 350-7680.

[ ✓ ]  Permission to Travel Approved

[   ]  Permission to Travel Denied

[   ]  Other

12-12-11        *Richard L. Voorhees*
Date            Signature of Judicial Officer    U.S.P.J.
                                                 W.P.N.C.